71,081-02

Mr. Abel Acosta                                    08/26/15
              Re: Cause No. 24,656-AA
Dear Sir:

    I am writing to see if you received the
paperwork that was dated 06/18/2015 from the
159th District Court in Angelina County and
also to see if you received my response to
the court's findings that was dated 06/25/2015.?
I am sorry to write to you directly but
the District Clerk had submitted the wrong
address to you. My correct address is
listed below. Thank you Sir for your time.

                                    Sincerely,
                                    Michael Cochran
                                    Michael Cochran

              Michael Cochran
              358 Morris Lane
              Lufkin, TX 75904

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 31 2015

Abel Acosta, Clerk